```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 07049
    LESSIE LEE PARKS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-8133


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/25/2008 and was not confirmed.

     The case was dismissed without confirmation 07/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE    UNSECURED         1686.73             .00            .00
AARON SALES & LEASE OWNE    UNSECURED        NOT FILED            .00            .00
ASSET ACCEPTANCE LLC        UNSECURED          415.03             .00            .00
SBC ILLINOIS                UNSECURED        NOT FILED            .00            .00
BEGINNING READERS PROGRA    UNSECURED        NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC    UNSECURED          302.16             .00            .00
PEOPLES ENERGY              UNSECURED        NOT FILED            .00            .00
SPRINT PCS                  UNSECURED        NOT FILED            .00            .00
ASSET ACCEPTANCE LLC        UNSECURED          838.72             .00            .00
CHICAGO TRIBUNE             UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING     UNSECURED         3199.32             .00            .00
CITY OF CHICAGO DEPT OF     UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON         UNSECURED         2285.26             .00            .00
RCN CHICAGO                 UNSECURED        NOT FILED            .00            .00
HOLLYWOOD VIDEO             UNSECURED        NOT FILED            .00            .00
SBC                         UNSECURED        NOT FILED            .00            .00
H & R BLOCK BANK            UNSECURED        NOT FILED            .00            .00
PEOPLES GAS                 UNSECURED        NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE    UNSECURED        NOT FILED            .00            .00
MIDWESTERN TELCOM           UNSECURED        NOT FILED            .00            .00
COMED                       UNSECURED        NOT FILED            .00            .00
MIDCITY PLAZA LLC           UNSECURED        NOT FILED            .00            .00
NATIONAL MAGAZINE EXCHAN    UNSECURED        NOT FILED            .00            .00
CRANDON EMERGENCY PHYSIC    UNSECURED        NOT FILED            .00            .00
AT&T                        UNSECURED             .00             .00            .00
QUEST DIAGNOSTIC            UNSECURED        NOT FILED            .00            .00
QUEST DIAGNOSTIC            UNSECURED        NOT FILED            .00            .00
RUSH UNIVERSITY MED CENT    UNSECURED        NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM    UNSECURED          408.46             .00            .00
STRATFORD CAREER INSTITU    UNSECURED        NOT FILED            .00            .00
SUNRISE CREDIT SERVICES     UNSECURED        NOT FILED            .00            .00
PAY DAY LOAN STORE          UNSECURED        NOT FILED            .00            .00
ROBERT DUTERA               UNSECURED        NOT FILED            .00            .00
CB USA                      UNSECURED         2657.44             .00            .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 07049 LESSIE LEE PARKS
```

```
AMERICA ONLINE            UNSECURED       NOT FILED             .00              .00
ARRONRNTS                 UNSECURED       NOT FILED             .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,474.00                             70.07
TOM VAUGHN                TRUSTEE                                               6.09
DEBTOR REFUND             REFUND                                                 .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     76.16

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                      70.07
TRUSTEE COMPENSATION                                 6.09
DEBTOR REFUND                                         .00
                          ---------------       ---------------
TOTALS                      76.16                   76.16
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/29/08           _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE